## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| BRAD SHAFFER, individually and on behalf of all others similarly situated, | ) Case No. 1:23-cv-00321-RLY-MKK </br> ) </br> ) </br> ) **NOTICE OF SETTLEMENT** </br> ) </br> ) </br> ) </br> ) |
| *Plaintiff*, | |
| v. | |
| QFRM HOLDINGS LLC; QFRM DEV IN LLC; QFRM 3 LLC; and DOES 1 to 25, | |
| *Defendants*. | |

Plaintiff BRAD SHAFFER, through his undersigned counsel, hereby advises this Honorable Court that he has reached an agreement in principle with Defendants QFRM HOLDINGS LLC, QFRM DEV IN LLC, and QFRM 3 LLC. The parties are finalizing the settlement agreement and expect to file a stipulation of dismissal within thirty (30) days.

Dated: January 5, 2024            Respectfully Submitted,

　　　　　　　　　　　　　　　　 */s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　**Nye, Stirling, Hale, Miller & Sweet, LLP**
　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　Pittsburgh, PA 15243
　　　　　　　　　　　　　　　　Phone: 412-857-5350
　　　　　　　　　　　　　　　　Email: ben@nshmlaw.com

　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Brad Shaffer*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was served on registered counsel via the Court's CM/ECF filing system on January 5, 2024.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
